IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr220

| AIR LINE PILOTS ASSOC. INTERNATIONAL | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MESA AIR GROUP, INC. et al. | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court upon the motion of Defendants to allow Douglas W. Hall to appear *Pro Hac Vice*, filed July 22, 2005.

Upon careful review and consideration, this Court will grant Defendant's Application.

**IT IS SO ORDERED.**

**Signed: July 26, 2005**

Graham C. Mullen
Chief United States District Judge