# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:05-CV-220-MU

| | |
|---|---|
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MESA AIR GROUP, INC., *et al.*, )<br>)<br>Defendants. )<br>) | ORDER |

This matter is before the Court upon the Consent Motion to Stay Time to Serve Answer or Other Response to the Complaint [file doc. 17]. For good cause shown, the Consent Motion is **GRANTED**, and this action is stayed until **October 21, 2005**, to enable the parties the opportunity to engage in meaningful settlement discussions. After that time, Plaintiff will have up to and including **October 25, 2005** to file its Second Amended Complaint. The time for Defendants to file and serve an Answer or other response to the Second Amended Complaint is extended until and including **November 15, 2005**, and the time for Plaintiff to respond to any motion to dismiss filed by the defendants in response to the Complaint is extended until and including **December 21, 2005**.

**Signed: September 2, 2005**

Graham C. Mullen
Chief United States District Judge